# E X H I B I T
# E

Executor Letters of Administration■ directed toward the defendants. These documents consist of 8 pages on (8.5 x 14) legal size pages. These documents are in the name of Petitioner, Charles Emanuel Porter Pona.

DEVON DENZEL LETOURNEAU, ESTATE.
Executor office.
Nation Rhode Island.
General Post-Office.
Corliss Street-Two-Four.
Providence.
United States Minor, Outlying Islands.
Near. [02904-9998]

Done by the light of the day of two-one January two-zero two-zero

===========================================================

**7014 0150 0001 0713 2846**

===========================================================

Office of Governor
ATTENTION: Gina M. Raimondo
1 Capitol Hill
Providence, RI [02903]
USA

To: Office of Governor, Gina M. Raimondo

From: Executor Office- DEVON DENZEL LETOURNEAU, ESTATE. EIN 83-6321769

Regarding: The unlawful an unwarranted Administration of DEVON DENZEL LETOURNEAU, ESTATE. Human chattel property, real and personal property of DEVON DENZEL LETOURNEAU, ESTATE. held in constructive trusts raised through Rhode Island General Laws Title 11 operations of statutory law applicable to artificial persons. The Authorities of the Providence County Superior Court of Rhode Island, Judge's Robert D. Krause, Susan E. McGuirl, and Melissa E. Dargan. The office of Attorney General for Rhode Island, Peter F. Neronha and all other authorities of his office. These Authorities are not authorized to Administrate DEVON DENZEL LETOURNEAU, ESTATE. with written delegated authority from this Executor office. Your author authorities are not recognized.

Enclosed, you fill find copies of Certified Documents, one to the attention of State Superior Court Administrator, Marisa P. Brown, and one to the attention of Rhode Island Attorney General, Peter F. Neronha You are hereby placed on NOTICE regarding the acts of fraud and trespass upon DEVON DENZEL LETOURNEAU, ESTATE. This is the 3rd and final communication and ORDER dispatched to all the within mentioned in entities. Total trespass damages of 3.5 Million dollars per day as of the date this executor letter is received and accepted, until all fraudulent claims are relinquished, when made whole from all damages suffered from fraudulent acts, and the return of any and "all" property (real and personal) relating to "all species" of DEVON DENZEL LETOURNEAU, ESTATE. If you do not respond to this executor letter within 3 days it shall be considered accepted within the doctrine of estoppel be acquiescence, that is, 3 days upon presentation by USPS certified Mail.

Govern yourself accordingly,

By executor: *Devon Denzel Letourneau*
DEVON DENZEL LETOURNEAU, ESTATE.
Executor- Office.
Nation Rhode Island.

*1 of 2*

General post-office.
Corliss Street Two-Four.
Providence.
United States Minor, Outlying Islands.
Near,[02904-9998]

Certified Document:

Copy To:
State Court Administrator
Marisa P. Brown
Superior Court Providence
State of Rhode Island


Copy To:
RI Attorney General
Peter F. Neronha
State of Rhode Island


### THE STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS:

Appearing before me, a notary public: _Anthony F. Del Bonis_ ,Is the above signed individual, DEVON DENZEL  LETOURNEAU  who appeared before me on : _Jan Ag_ _29_ , 2020.

My Commission expires on:_7/15/20_ .[SEAL]

_Anthony F. Del Bonis_
_Notary Public_
_Commission Expire 7/15/20_

DEVON DENZEL LETOURNEAU, ESTATE.
Executor Office.
Nation Rhode Island.
General Post-Office.
Corliss Street-Two-Four.
Providence.
United States Minor, Outlying Islands.
Near. [02904-9998]

Done by the light of day of one-nine-January two-zero two-zero
=========================================================
7014 0150 0001 0713 2853
=========================================================

Office of State Court Administrator
ATTENTION: Marisa P. Brown,
Superior Court Administrator
Frank Licht Judicial Complex
Providence County Superior Court
250 Benefit Street
Providence, RI [02903]
USA

To: Office of State Superior Court Administrator, Marisa P. Brown

From: Executor Office; for- DEVON DENZEL LETOURNEAU, ESTATE. EIN 83-6321769

Regarding: The unlawful an unwarranted Administration of DEVON DENZEL LETOURNEAU, ESTATE. pertaining to constructive trusts [case# P1-2010-3259AG], [case# P1-2010-3740AG], [case# P1-2011-0530AG], and all other existing with records kept with, and dispersed elsewhere, by this office. This office, Marissa P. Brown, Superior Court Judges Robert D. Krause , Susan E. McGuirl, and Melissa E. Darigan, along with all other authorities of the Providence County Superior Court, Rhode Island, has Administrated for DEVON DENZEL LETOURNEAU, ESTATE. without written delegated authority. The office, its court Administrator, Marissa P. Brown and the above-mentioned authorities for the Providence County Superior Court, Frank Licht Judicial complex is not recognized for lack of authority.

Enclosed, you will find the "abandoned" paperwork associated with [case# PC-2018-9136] and Judge Melissa E. Darigan's  erroneous "allegation" that the Providence County Superior Court in its authorities, possess the authority from the Executor Office to Administrate for  DEVON DENZEL LETOURNEAU,  ESTATE. EIN 83-6321769. This false claim, as well as those false claims relevant to

*1 of 3*

constructive trusts [case# P1-2010-3259 AG], [case# P1-2010-3740 AG], [case# P1-2011-0530 AG], and all others are matters of fraud and trespass. These false claims are hereby adjourned.

You will forthwith return in transmit the specific written delegated authority of the state Superior Court Administrator, and the authorities of Providence County Superior Court, including but not limited to,  Judge's Robert D. Krause, Susan E. McGuirl, Melissa E. Darigan, Superior Court Administrators Marissa P. Brown, and Chief Financial Officer Craig Burke, that authorization to Administrate DEVON DENZEL  LETOURNEAU, ESTATE. has been warrant, together with a certified copy of your oath for the office, accompanied by certified copies of your BAR BOND, a detailed list of "all" other bonds, sureties, indemnification, reciprocation agreements, insurance and Court Registry Investment System ( CRIS) CUSIP numbers, full-accounting relating in any way to anyone's personal or professional involvement as referenced herein, and The arrogated paperwork intrusion upon DEVON DENZEL  LETOURNEAU, ESTATE. by State Superior Court Administrator Marisa P. Brown's breach in swearing and in her oath, two Capital offenses punishable under State and Federal law. Total trust damages of 3.5 Million dollars per day as of the date this executor letter is received an accepted, and so all Fraudulent claims are relinquished, when made whole from all damages suffered from Fraudulent acts, and the return of any and all Property (Real and Personal ) relating to DEVON DENZEL  LETOURNEAU, ESTATE. [ case# P1-2011-0530 AG], [case# P1-2010-3740 AG], [case# P1-2011-0530 AG], [case# PC-2018-9136 AG], as well as all others exiting with this office. Let it be further understood that the executor, DEVON DENZEL  LETOURNEAU, ESTATE. is "in full life" living and breathing as a sentient being natural person who has been and remains outside of the scope of a Rhode Island General Law Title 11 Statutory Person. With such an understanding, the executor, DEVON DENZEL  LETOURNEAU, ESTATE. is to be immediately released from restraints and confinement as discharge from the Rhode Island Department of Corrections under the custody in control of its Director, Patricia Coyne-Fague, as this institutions authority is not recognized. All property of the ESTATE is to be returned to the ESTATE. If you do not respond to this executor letter within 3 days it shall be considered accepted within the doctrine of estoppel by acquiescence, that is, 3 days upon presentation by USPS certified mail.

Govern yourself accordingly,

by executor: *Devon Denzel Letourneau*

DEVON DENZEL  LETOURNEAU, ESTATE.
Executor Office.
Nation Rhode Island.
General Post-Office.
Corliss Street-Two-Four.
Providence.
United States Minor, Outlying Islands.
Near.[02904-9998]

Certified Document:

Copy To:
RI Governor Office
Gina M. Raimondo
State of Rhode Island.

Copy To:
RI Attorney General Office of
Peter F. Neronha
State of Rhode Island.

<u>THE STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS:</u>

Appearing before me, a notary public: _Anthony F. Dec Bont_

is the above signed individual, DEVON DENZEL  LETOURNEAU who appeared before me on:_____
_January 29_____ , 2020.

My commission expires on:____7 / 15 / 20____ .

[SEAL]

_Anthony F. Dec Bone_
_Notary Public_
_Commission Expires 7/15/20_

3 of 3

DEVON DENZEL LETOURNEAU, ESTATE.
Executor Office.
Nation Rhode Island.
General Post-Office.
Corliss Street-Two-Four.
Providence.
United States Minor, Outlying Islands.
Near. [02904-9998]


Done by the light of day of one-seven January two-zero two-zero

==========================================================
7014 0150 0001 0713 2341
==========================================================


Office of Rhode Island Attorney General
ATTENTION: Peter F. Neronha
150 South Main Street
Providence, RI [02903]
USA


To: Office of Rhode Island Attorney General, Peter F. Neronha


From: Executor Office; For – DEVON DENZEL LETOURNEAU, ESTATE. EIN 83-6321769


Regarding: The Unlawful and unwarranted Administration of DEVON DENZEL LETOURNEAU, ESTATE. pertaining to constructive trusts [case# P1-2010-3259AG], [case# P1-2010-3740AG], [case# P1-2011-0530AG], and all others existing with records kept with, and dispursed elsewhere, buy this office. This office has furnished the consideration for the raising of said constructive trust under the equitable statutory Justification of the Providence County Superior Court, State of Rhode Island. This office, and its occupant, Peter F. Neronha Does not possess the written delegated authority from the Executor Office for DEVON DENZEL LETOURNEAU, ESTATE. to warrant Administration; thus, the authority of this office (RIAG) is not recognized.


Enclosed, you will find the "abandoned" paperwork regarding [case# PC-2018-9136] which appears to erroneously "allege" that the office of Rhode Island Attorney General , 150 S Main Street, Providence , Rhode Island [02903], by it on authorized acts, fraudulently claim authority from this Executor office to Administrate for DEVON DENZEL LETOURNEAU, ESTATE. These False claims as well as those false claims relevant to [case# P1-2010-3259AG], [case#P1-2010-3740AG], [case# P1-2011-0530AG] and all others, are matters of fraud and trespass. These false claims are hereby adjourned.

*1 of 3*

You will forthwith return in transmit the specific written delegated authority of the Rhode Island Attorney General Office, that authorization to administrate DEVON DENZEL LETOURNEAU, ESTATE. has been warranted, together with a certified copy of your oath for the office, accompanied by certified copies of your BAR BONDS, a detailed list of "all" others bonds, sureties, indemnification, reciprocation agreements, insurance and Court Registry Investment System (CRIS) CUSIP numbers, full- accounting Relating in any way to anyone's personal or professional involvement as referenced herein, and the arrogated paperwork intrusion upon DEVON DENZEL LETOURNEAU, ESTATE. by Rhode Island General, Peter F. Neronha's breach in swearing in his oath, two capital offenses punishable under the state and federal law. Total trespass damages of 3.5 million dollars per day as of the date this executor letter is received and accepted, until all fraudulent claims are relinquished, when made whole from all damages suffered from fraudulent acts, and the return of any and all property (real and personal) relating to DEVON DENZEL LETOURNEAU, ESTATE. [case# P1-2010-3259AG], [case# P1-2010-3740AG], [case# P1-2011-0530AG], [case# PC-2018-9136] as well as all others existing with this office. Let it be further understood that the executor, DEVONA DENZEL LETOURNEAU, ESTATE. is in "full life" living in breathing as a sentient being natural person who has been an remains outside of the scope of a Rhode Island General Law Title 11 statutory person. With such an understanding, the executor, DEVON DENZEL LETOURNEAU, ESTATE. is to be immediately release from restraints and confinement as discharge from the Rhode Island Department of Corrections under the custody and control of its Director , Patricia Coyne- Fague, as this institutions authority Is not recognized. All property of the ESTATE is to be returned to the ESTATE. If you do not respond to this executor letter within 3 days it shall be considered accepted within the doctrine of estoppel by acquiescence, that is 3 days upon presentation by USPS certified Mail.

Govern yourself accordingly,

by executor: _Devon Denzel Letourneau_
DEVON DENZEL LETOURNEAU, ESTATE.
Executor office.
Nation Rhode Island.
General Post-Office.
Corliss Street -two-four.
Providence.
United States Minor, Outlying Islands.
Near. [20904-9998]


Certified Document:


Copy To:
RI Govern Office
Gina M. Raimondo
State of Rhode Island.

Copy To:
Office of State court Administrator
Marisa P. Brown
State of Rhode Island.

<u>THE STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS:</u>

Appearing before me, a Notary Public: _Anthony F. Del Bonis_ ,

is the above signed individual, DEVON DENZEL  LETOURNEAU who appeared before me on:____

_January 29_ ,2020.

My commission expires on:_7/ 15 / 20_ .

[SAEL]

_Anthony F. Del Bonis_
_Notary Public_
_Commission Expires 7/15/20_

3 of 3

DEVON DENZEL LETOURNEAU, ESTATE.
Executor Office.
Nation Rhode Island.
General Post-Office.
Corliss Street-Two-Four.
Providence.
United States Minor, Outlying Islands.
Near. [02904-9998]

Done by the light of day of one-nine-January two-zero two-zero
================================================
**7014 0150 0001 0713 2853**
================================================

Office of State Court Administrator
ATTENTION: Marisa P. Brown,
Superior Court Administrator
Frank Licht Judicial Complex
Providence County Superior Court
250 Benefit Street
Providence, RI [02903]
USA

To: Office of State Superior Court Administrator, Marisa P. Brown

From: Executor Office; for- DEVON DENZEL LETOURNEAU, ESTATE. EIN 83-6321769

Regarding: The unlawful an unwarranted Administration of DEVON DENZEL LETOURNEAU, ESTATE. pertaining to constructive trusts [case# P1-2010-3259AG], [case# P1-2010-3740AG], [case# P1-2011-0530AG], and all other existing with records kept with, and dispersed elsewhere, by this office. This office, Marissa P. Brown, Superior Court Judges Robert D. Krause , Susan E. McGuirl, and Melissa E. Darigan, along with all other authorities of the Providence County Superior Court, Rhode Island, has Administrated for DEVON DENZEL LETOURNEAU, ESTATE. without written delegated authority. The office, its court Administrator, Marissa P. Brown and the above-mentioned authorities for the Providence County Superior Court, Frank Licht Judicial complex is not recognized for lack of authority.

Enclosed, you will find the "abandoned" paperwork associated with [case# PC-2018-9136] and Judge Melissa E. Darigan's  erroneous "allegation" that the Providence County Superior Court in its authorities, possess the authority from the Executor Office to Administrate for  DEVON DENZEL LETOURNEAU,  ESTATE. EIN 83-6321769. This false claim, as well as those false claims relevant to

*1 of 3*

constructive trusts [case# P1-2010-3259 AG], [case# P1-2010-3740 AG], [case# P1-2011-0530 AG], and all others are matters of fraud and trespass. These false claims are hereby adjourned.

You will forthwith return in transmit the specific written delegated authority of the state Superior Court Administrator, and the authorities of Providence County Superior Court, including but not limited to, Judge's Robert D. Krause, Susan E. McGuirl, Melissa E. Darigan, Superior Court Administrators Marissa P. Brown, and Chief Financial Officer Craig Burke, that authorization to Administrate DEVON DENZEL LETOURNEAU, ESTATE. has been warrant, together with a certified copy of your oath for the office, accompanied by certified copies of your BAR BOND, a detailed list of "all" other bonds, sureties, indemnification, reciprocation agreements, insurance and Court Registry Investment System ( CRIS) CUSIP numbers, full-accounting relating in any way to anyone's personal or professional involvement as referenced herein, and The arrogated paperwork intrusion upon DEVON DENZEL LETOURNEAU, ESTATE. by State Superior Court Administrator Marisa P. Brown's breach in swearing and in her oath, two Capital offenses punishable under State and Federal law. Total trust damages of 3.5 Million dollars per day as of the date this executor letter is received an accepted, and so all Fraudulent claims are relinquished, when made whole from all damages suffered from Fraudulent acts, and the return of any and all Property (Real and Personal ) relating to DEVON DENZEL LETOURNEAU, ESTATE. [ case# P1-2011-0530 AG], [case# P1-2010-3740 AG], [case# P1-2011-0530 AG], [case# PC-2018-9136 AG], as well as all others exiting with this office. Let it be further understood that the executor, DEVON DENZEL LETOURNEAU, ESTATE. is "in full life" living and breathing as a sentient being natural person who has been and remains outside of the scope of a Rhode Island General Law Title 11 Statutory Person. With such an understanding, the executor, DEVON DENZEL LETOURNEAU, ESTATE. is to be immediately released from restraints and confinement as discharge from the Rhode Island Department of Corrections under the custody in control of its Director, Patricia Coyne-Fague, as this institutions authority is not recognized. All property of the ESTATE is to be returned to the ESTATE. If you do not respond to this executor letter within 3 days it shall be considered accepted within the doctrine of estoppel by acquiescence, that is, 3 days upon presentation by USPS certified mail.

Govern yourself accordingly,

by executor: *Devon Denzel Letourneau*

DEVON DENZEL LETOURNEAU, ESTATE.
Executor Office.
Nation Rhode Island.
General Post-Office.
Corliss Street-Two-Four.
Providence.
United States Minor, Outlying Islands.
Near.[02904-9998]

Certified Document:

Copy To:
RI Governor Office
Gina M. Raimondo
State of Rhode Island.

Copy To:
RI Attorney General Office of
Peter F. Neronha
State of Rhode Island.

THE STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS:

Appearing before me, a notary public: _Anthny F. Dec Bont,_

is the above signed individual, DEVON DENZEL LETOURNEAU who appeared before me on:_____
_JAnAk 29_____ , 2020.

My commission expires on:_____7/15/2c_____.

[SEAL]

_AnThny F. Dec Bont_
_Notary Public_
_Comission Expires 7/15/20_

3 of 3

DEVON DENZEL LETOURNEAU, ESTATE.
Executor Office.
Nation Rhode Island.
General Post-Office.
Corliss Street-Two-Four.
Providence.
United States Minor, Outlying Islands.
Near. [02904-9998]



Done by the light of day of one-seven January two-zero two-zero
============================================================
        7014 0150 0001 0713 2341
============================================================

Office of Rhode Island Attorney General
ATTENTION: Peter F. Neronha
150 South Main Street
Providence, RI [02903]
USA

To: Office of Rhode Island Attorney General, Peter F. Neronha

From: Executor Office; For – DEVON DENZEL LETOURNEAU, ESTATE. EIN 83-6321769

Regarding: The Unlawful and unwarranted Administration of DEVON DENZEL LETOURNEAU, ESTATE. pertaining to constructive trusts [case# P1-2010-3259AG], [case# P1-2010-3740AG], [case# P1-2011-0530AG], and all others existing with records kept with, and dispursed elsewhere, buy this office. This office has furnished the consideration for the raising of said constructive trust under the equitable statutory Justification of the Providence County Superior Court, State of Rhode Island. This office, and its occupant, Peter F. Neronha Does not possess the written delegated authority from the Executor Office for DEVON DENZEL LETOURNEAU, ESTATE. to warrant Administration; thus, the authority of this office (RIAG) is not recognized.

Enclosed, you will find the "abandoned" paperwork regarding [case# PC-2018-9136] which appears to erroneously "allege" that the office of Rhode Island Attorney General , 150 S Main Street, Providence , Rhode Island [02903], by it on authorized acts, fraudulently claim authority from this Executor office to Administrate for DEVON DENZEL LETOURNEAU, ESTATE. These False claims as well as those false claims relevant to [case# P1-2010-3259AG], [case#P1-2010-3740AG], [case# P1-2011-0530AG] and all others, are matters of fraud and trespass. These false claims are hereby adjourned.

1 of 3

You will forthwith return in transmit the specific written delegated authority of the Rhode Island Attorney General Office, that authorization to administrate DEVON DENZEL LETOURNEAU, ESTATE. has been warranted, together with a certified copy of your oath for the office, accompanied by certified copies of your BAR BONDS, a detailed list of "all" others bonds, sureties, indemnification, reciprocation agreements, insurance and Court Registry Investment System (CRIS) CUSIP numbers, full- accounting Relating in any way to anyone's personal or professional involvement as referenced herein, and the arrogated paperwork intrusion upon DEVON DENZEL LETOURNEAU, ESTATE. by Rhode Island General, Peter F. Neronha's breach in swearing in his oath, two capital offenses punishable under the state and federal law. Total trespass damages of 3.5 million dollars per day as of the date this executor letter is received and accepted, until all fraudulent claims are relinquished, when made whole from all damages suffered from fraudulent acts, and the return of any and all property (real and personal) relating to DEVON DENZEL LETOURNEAU, ESTATE. [case# P1-2010-3259AG], [case# P1-2010-3740AG], [case# P1-2011-0530AG], [case# PC-2018-9136] as well as all others existing with this office. Let it be further understood that the executor, DEVONA DENZEL LETOURNEAU, ESTATE. is in "full life" living in breathing as a sentient being natural person who has been an remains outside of the scope of a Rhode Island General Law Title 11 statutory person. With such an understanding, the executor, DEVON DENZEL LETOURNEAU, ESTATE. is to be immediately release from restraints and confinement as discharge from the Rhode Island Department of Corrections under the custody and control of its Director , Patricia Coyne- Fague, as this institutions authority Is not recognized. All property of the ESTATE is to be returned to the ESTATE. If you do not respond to this executor letter within 3 days it shall be considered accepted within the doctrine of estoppel by acquiescence, that is 3 days upon presentation by USPS certified Mail.

Govern yourself accordingly,

by executor: *Devon Denzel Letourneau*

DEVON DENZEL LETOURNEAU, ESTATE.
Executor office.
Nation Rhode Island.
General Post-Office.
Corliss Street -two-four.
Providence.
United States Minor, Outlying Islands.
Near. [20904-9998]

Certified Document:

Copy To:
RI Govern Office
Gina M. Raimondo
State of Rhode Island.

Copy To:
Office of State court Administrator
Marisa P. Brown
State of Rhode Island.

<u>THE STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS:</u>

Appearing before me, a Notary Public: _A_Thuy F. DEC BONE_____,
is the above signed individual, DEVON DENZEL  LETOURNEAU who appeared before me on:_____
_JAn cAy  29_____,2020.
My commission expires on:_____7 / 8 / 2 c_____.
[SAEL]

_Anthony F. DEC BONES_
_NOTARY  PUBLEC_
_Commission ExpiRES 7/8/15/20_

3 of 3

CHARLE EMANUEL PORTER  PONA, ESTATE.
Executor office.
Nation Rhode Island.
General Post-Office.
Corliss Street-Two-Four.
Providence.
United States Minor, Outlying Islands.
Near. [02904-9998]


Done by the light of the day of two-one January two-zero two-zero
=========================================================
7014 0150 0001 0713 2952
=========================================================


Office of Governor
ATTENTION: Gina M. Raimondo
1 Capitol Hill
Providence, RI [02903]
USA



To: Office of Governor, Gina M. Raimondo


From: Executor Office- CHARLES EMANUEL PORTER  PONA, ESTATE. EIN 83-6321826



Regarding: The unlawful an unwarranted Administration of CHARLES EMANUEL PORTER  PONA, ESTATE. Human chattel property, real and personal property of CHARLES EMANUEL PORTER PONA, ESTATE. held in constructive trusts raised through Rhode Island General Laws Title 11 operations of statutory law applicable to artificial persons. The Authorities of the Providence County Superior Court of Rhode Island, Judge's Robert D. Krause, and Melissa E. Dargan. The office of Attorney General for Rhode Island, Peter F. Neronha and all other authorities of his office. These Authorities are not authorized to Administrate CHARLES EMANUEL PORTER PONA, ESTATE. with written delegated authority from this Executor office. Your author authorities are not recognized.

Enclosed, you fill find copies of Certified Documents, one to the attention of State Superior Court Administrator, Marisa P. Brown, and one to the attention of Rhode Island Attorney General, Peter F.  Neronha . You are hereby placed on NOTICE regarding the acts of fraud and trespass upon CHARLES EMANUEL PORTER  PONA, ESTATE. This is the 3rd and final communication and ORDER  dispatched to all the within mentioned in entities. Total trespass damages of 3.5 Million dollars per day as of the date this executor letter is received and accepted, until all fraudulent claims are relinquished, when made whole from all damages suffered from fraudulent acts,  and the return of any and "all" property (real and personal) relating to "all species" of  CHARLES EMANUEL PORTER  PONA, ESTATE. If you do not respond to this executor letter within 3 days it shall be considered accepted within the doctrine of estoppel be acquiescence, that is, 3 days upon presentation by USPS certified Mail.

Govern yourself accordingly,

By executor: *Charles Emanuel Porter Pona*

CHARLES EMANUEL PORTER  PONA, ESTATE.
Executor- Office.
Nation Rhode Island.
General post-office.
Corliss Street Two-Four.
Providence.
United States Minor, Outlying Islands.
Near,[02904-9998]

Certified Document:

Copy To:
State Court Administrator
Marisa P. Brown
Superior Court Providence
State of Rhode Island

Copy To:
RI Attorney General
Peter F. Neronha
State of Rhode Island

### THE STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS:

Appearing before me, a notary public: _A^THn y F. DEL BoNE_

_____,Is the above signed individual, CHARLES EMANUEL PORTER  PONA who appeared
before me on :_JAnuay 2 9_____, 2020.

My Commission expires on:_____7/ 15/ 2 0_____ .[SEAL]

_A^THoy F. DEL BoNE_
_NoTAy PuBLZc_
_comi 55ca ExP, 05 7/15/20_

*2 of 2*



CHARLES EMANUEL PORTER PONA, ESTATE.
Executor Office.
Nation Rhode Island.
General Post-Office.
Corliss Street-Two-Four.
Providence.
United States Minor, Outlying Islands.
Near. [02904-9998]


Done by the light of day of one-nine-January two-zero two-zero
=========================================================
7014 0150 0001 0713 2976
=========================================================


Office of State Court Administrator
ATTENTION: Marisa P. Brown,
Superior Court Administrator
Frank Licht Judicial Complex
Providence County Superior Court
250 Benefit Street
Providence, RI [02903]
USA


To: Office of State Superior Court Administrator, Marisa P. Brown


From: Executor Office; for- CHARLES EMANUEL PORTER PONA, ESTATE. EIN 83-6321826


Regarding: The unlawful an unwarranted Administration of CHARLES EMANUEL PORTER PONA, ESTATE. pertaining to constructive trusts [case# P1-2000-0869AG], [case# P1-2002-2571AG], and all other existing with records kept with, and dispersed elsewhere, by this office. This office, Marissa P. Brown, Superior Court Judges Robert D. Krause, and Melissa E. Darigan, along with all other authorities of the Providence County Superior Court, Rhode Island, has Administrated for CHARLES EMANUEL PORTER PONA, ESTATE. without written delegated authority. The office, its court Administrator, Marissa P. Brown and the above-mentioned authorities for the Providence County Superior Court, Frank Licht Judicial complex is not recognized for lack of authority.


Enclosed, you will find the "abandoned" paperwork associated with [case# PC-2018-9139] and Judge Melissa E. Darigan's erroneous "allegation" that the Providence County Superior Court in its authorities, possess the authority from the Executor Office to Administrate for CHARLES EMANUEL PORTER PONA, ESTATE. EIN 83-6321826. This false claim, as well as those false claims relevant to constructive trusts [case# P1-2000-0869AG], [case# P1-2002-2571AG], and all others are matters of fraud and trespass. These false claims are hereby adjourned.

1 of 3

You will forthwith return in transmit the specific written delegated authority of the state Superior Court Administrator, and the authorities of Providence County Superior Court, including but not limited to,  Judge's Robert D. Krause, Melissa E. Darigan, Superior Court Administrators Marissa P. Brown, and Chief Financial Officer Craig Burke, that authorization to Administrate CHARLES EMANUEL PORTER  PONA, ESTATE. has been warrant, together with a certified copy of your oath for the office, accompanied by certified copies of your BAR BOND, a detailed list of "all" other bonds, sureties, indemnification, reciprocation agreements, insurance and Court Registry Investment System ( CRIS) CUSIP numbers, full-accounting relating in any way to anyone's personal or professional involvement as referenced herein, and The arrogated paperwork intrusion upon CHARLES EMANUEL PORTER  PONA, ESTATE. by State Superior Court Administrator Marisa P. Brown's breach in swearing and in her oath, two Capital offenses punishable under State and Federal law. Total trust damages of 3.5 Million dollars per day as of the date this executor letter is received an accepted, and so all Fraudulent claims are relinquished, when made whole from all damages suffered from Fraudulent acts, and the return of any and all Property (Real and Personal ) relating to CHARLES EMANUEL PORTER PONA, ESTATE. [ case# P1-2000-0869AG], [case# P1-2002-2571AG], [case# PC-2018-9139], as well as all others exiting with this office. Let it be further understood that the executor, DEVON CHARLES EMANUEL PORTER  PONA, ESTATE. is "in full life" living and breathing as a sentient being natural person who has been and remains outside of the scope of a Rhode Island General Law Title 11 Statutory Person. With such an understanding, the executor, CHARLES EMANUEL PORTER  PONA, ESTATE. is to be immediately released from restraints and confinement as discharge from the Rhode Island Department of Corrections under the custody in control of its Director, Patricia Coyne-Fague, as this institutions authority is not recognized. All property of the ESTATE is to be returned to the ESTATE. If you do not respond to this executor letter within 3 days it shall be considered accepted within the doctrine of estoppel by acquiescence, that is, 3 days upon presentation by USPS certified mail.

Govern yourself accordingly,

by executor: _Charles Emanuel Porter Pona_

CHARLES EMANUEL PORTER  PONA, ESTATE.
Executor Office.
Nation Rhode Island.
General Post-Office.
Corliss Street-Two-Four.
Providence.
United States Minor, Outlying Islands.
Near.[02904-9998]

Certified Document:

Copy To:
RI Governor Office
Gina M. Raimondo
State of Rhode Island.

Copy To:
RI Attorney General Office of
Peter F. Neronha
State of Rhode Island.

<u>THE STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS:</u>

Appearing before me, a notary public: _Anthony F. DelBoniv_ ,

is the above signed individual, CHARLES EMANUEL PORTER  PONA who appeared before me on:
_January 29_ , 2020.

My commission expires on:_ 7/15/26 .

[SEAL]

Anthony F. DelBoñis
Notary Public
Commission Expires 7/15/26

3 of 3

CHARLES EMANUEL PORTER  PONA, ESTATE.
Executor Office.
Nation Rhode Island.
General Post-Office.
Corliss Street-Two-Four.
Providence.
United States Minor, Outlying Islands.
Near. [02904-9998]

Done by the light of day of one-seven January two-zero two-zero
============================================================
7014 0150 0001 0713 2969
============================================================

Office of Rhode Island Attorney General
ATTENTION: Peter F. Neronha
150 South Main Street
Providence, RI [02903]
USA

SUPERIOR COURT
FEB - 4 2020
ADMINISTRATOR

SUPERIOR COURT
FEB - 4 2020
ADMINISTRATOR

To: Office of Rhode Island Attorney General, Peter F. Neronha

From: Executor Office; For – CHARLES EMANUEL PORTER  PONA, ESTATE. EIN 83-6321826

Regarding: The Unlawful and unwarranted Administration of  CHARLES EMANUEL PORTER
PONA, ESTATE. pertaining to constructive trusts [case# P1-2000-0869AG], [case# P1-2002-
2571AG],  and all others existing with records kept with, and dispursed elsewhere, buy this
office. This office has furnished the consideration for the raising of said constructive trust under
the equitable statutory Justification of the Providence County Superior Court, State of Rhode
Island. This office, and its occupant, Peter F. Neronha Does not possess the written delegated
authority from the Executor Office for CHARLES EMANUEL PORTER  PONA, ESTATE. to warrant
Administration; thus, the authority of this office (RIAG)  is not recognized.

Enclosed, you will find the "abandoned" paperwork regarding [case# PC-2018-9139] which
appears to erroneously "allege" that the office of Rhode Island Attorney General , 150 S Main
Street , Providence , Rhode Island [02903], by it on authorized acts, fraudulently claim authority
from this Executor office to Administrate for CHARLES EMANUEL PORTER  PONA , ESTATE.
These False claims as well as those false claims relevant to [case# P1-2000-0869AG], [case#P1-
2002-2571AG], and all others, are matters of fraud and trespass. These false claims are hereby
adjourned.

1 of 3

You will forthwith return in transmit the specific written delegated authority of the Rhode Island Attorney General Office, that authorization to administrate CHARLES EMANUEL PORTER PONA, ESTATE. has been warranted, together with a certified copy of your oath for the office, accompanied by certified copies of your BAR BONDS, a detailed list of "all" others bonds, sureties, indemnification, reciprocation agreements, insurance and Court Registry Investment System (CRIS) CUSIP numbers, full- accounting Relating in any way to anyone's personal or professional involvement as referenced herein, and the arrogated paperwork intrusion upon CHARLES EMANUEL PORTER PONA, ESTATE. by Rhode Island General, Peter F. Neronha's breach in swearing in his oath, two capital offenses punishable under the state and federal law. Total trespass damages of 3.5 million dollars per day as of the date this executor letter is received and accepted, until all fraudulent claims are relinquished, when made whole from all damages suffered from fraudulent acts, and the return of any and all property (real and personal) relating to CHARLES EMANUEL PORTER PONA, ESTATE. [case# P1-2000-0869AG], [case# P1-2002-2571AG], [case# PC-2018-9139] as well as all others existing with this office. Let it be further understood that the executor, CHARLES EMANUEL PORTER PONA, ESTATE. is in "full life" living in breathing as a sentient being natural person who has been an remains outside of the scope of a Rhode Island General Law Title 11 statutory person. With such an understanding, the executor, CHARLES EMANUEL PORTER PONA, ESTATE. is to be immediately release from restraints and confinement as discharge from the Rhode Island Department of Corrections under the custody and control of its Director , Patricia Coyne- Fague, as this institutions authority Is not recognized. All property of the ESTATE is to be returned to the ESTATE. If you do not respond to this executor letter within 3 days it shall be considered accepted within the doctrine of estoppel by acquiescence, that is 3 days upon presentation by USPS certified Mail.

Govern yourself accordingly,

by executor: *Charles Emanuel Porter Pona*
CHARLES EMANUEL PORTER  PONA, ESTATE.
Executor office.
Nation Rhode Island.
General Post-Office.
Corliss Street -two-four.
Providence.
United States Minor, Outlying Islands.
Near. [20904-9998]

Certified Document:

Copy To:
RI Govern Office
Gina M. Raimondo
State of Rhode Island.

Copy To:
Office of State court Administrator
Marisa P. Brown
State of Rhode Island.

2 of 3

<u>THE STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS:</u>

Appearing before me, a Notary Public: _AnThony F. DEC BolvE_ ,
is the above signed individual, CHARLES EMANUEL PORTER  PONA  who appeared before me
on:_JAnuary 29_ ,2020.
My commission expires on:____7 / 15 / 20____ .
[SAEL]

AnTHony F. DEC BoivE
NoTAry PuBLic
Commission ExpiRES 7/15/20

3 of 3