# EXHIBIT F

5 Seperate photocopied documents of USPS Certified Mail Receipts. (3) PS Form 3800, and (2) PS Form 3811. Totalling 5 documents altogether. These documents are in the name of Petitioner, Devon Denzel Letourneau.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

JAN 30 2020

Sent To: Gina M. Raimondo, Governor of Rhode Island
Street, Apt. No.; or PO Box No. 82 Smith St. Rm 115
City, State, ZIP+4 Providence, RI [02903]

7014 0150 0001 0713 2846

PS Form 3800, August 2006    See Reverse for Instructions

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here — JAN 30 2020 — MAIN PO WINDOW PROVIDENCE RI

7014 0150 0001 0713 2853

Sent To: Marisa P. Brown, Superior court administrator
Street, Apt. No.; or PO Box No. 250 Benefit Street
City, State, ZIP+4 Providence, RI [02903]

PS Form 3800, August 2006 — See Reverse for Instructions

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here — JAN 30 2020

Sent To: Peter F. Neronha, Attorney General of RI
Street, Apt. No.; or PO Box No.: 150 South Main Street
City, State, ZIP+4: Providence, RI [02903]

Tracking #: 7014 0150 0001 0713 2341

PS Form 3800, August 2006 — See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Rhode Island Attorney General,
   Peter F. Neronha
   RI Attorney General Office
   150 South Main St.
   Providence, RI [02903]

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)       C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Certified Mail®   ☐ Priority Mail Express™
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)           ☐ Yes

2. Article Number  7014 0150 0001 0713 2341
   (Transfer from service label)  Affixed to certified Document inside envelope

PS Form 3811, July 2013        Domestic Return Receipt

---

UNITED STATES POSTAL SERVICE
PROVIDENCE
RI 029
03 FEB '20
PM 2 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

- Sender: Please print your name, address, and ZIP+4® in this box

  DEVON DENZEL LETOURNEAU; ESTATE.
  Executor Office.
  Nation Rhode Island.
  General Post-Office.
  Corliss Street - Two-Four.
  Providence.
  United States Minor, Outlying Islands.
  Near. [02904-9998]

UNITED STATES POSTAL SERVICE

BOSTON
MA 021
01 FEB '20
PM 2 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box •

DEVON DENZEL LETOURNEAU, ESTATE.
Executor office.
Nation Rhode Island.
General Post-office.
Corliss Street-Two-Four.
Providence.
United States Minor, Outlying Islands.
Near. [02904-9998]

[Postmark: FEB 5 2020 02904 USPS]

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Superior court administrator,
Marisa P. Brown
Providence County superior court
Frank Licht Judicial Complex
250 Benefit street
Providence, RI [02903]

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail®    ☐ Priority Mail Express™
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number   7014 0150 0001 0713 2853
   (Transfer from service label) Affixed to Certified Document inside envelope.

PS Form 3811, July 2013          Domestic Return Receipt

# EXHIBIT G

6 Seperate photocopied documents of USPS Certified Mail Receipts. (3) PS Form 3800, and (3) PS Form 3811. Totalling 6 documents altogether. These documents are in the name of Petitioner, Charles Emanuel Porter Pona.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here: JAN 30 2020 — PROVIDENCE RI 02904

Sent To: Gina M. Raimondo, Governor of Rhode Island
Street, Apt. No.; or PO Box No.: 82 Smith St. Rm 115
City, State, ZIP+4: Providence, RI [02903]

PS Form 3800, August 2006      See Reverse for Instructions

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark JAN 30 2020 PROVIDENCE RI

7014 0150 0001 0713 2976

Sent To: Marisa P. Brown, superior court administrator
Street, Apt. No.; or PO Box No.: 250 Benefit street
City, State, ZIP+4: Providence, RI [02903]

PS Form 3800, August 2006                See Reverse for Instructions

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here — JAN 30 2020 — MAIN PO WINDOW PROVIDENCE

Sent To: Peter F. Neronha, Attorney General of RI
Street, Apt. No.; or PO Box No.: 150 South Main St.
City, State, ZIP+4: Providence, RI [02903]

Tracking #: 7014 0150 0001 0713 2969

PS Form 3800, August 2006  See Reverse for Instructions

UNITED STATES POSTAL SERVICE
RI CO6
03 FEB '20
PM 2 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

CHARLES EMANUEL PORTER PONA, ESTATE.
Executor Office.
Nation Rhode Island.
General Post-Office.
Corliss Street-Two-Four.
Providence.
United States Minor, Outlying Islands.
Near. [02904-9998]

FEB 5 2020
02904 USPS

### SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Superior court administrator,
Marisa P. Brown
Providence County Superior Court
Frank Licht Judicial Complex
250 Benefit Street
Providence, RI [02903]

### COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Certified Mail®        ☐ Priority Mail Express™
   ☐ Registered             ☐ Return Receipt for Merchandise
   ☐ Insured Mail           ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number  7014 0150 0001 0713 2976
   (Transfer from service label)  Affixed to Certified Document inside envelope

PS Form 3811, July 2013        Domestic Return Receipt

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>Rhode Island Attorney General,<br>Peter. F. Neronha<br>RI Attorney General Office<br>150 South Main St.<br>Providence, RI [02903] | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☑ Certified Mail®  ☐ Priority Mail Express™<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ Collect on Delivery |
| | 4. Restricted Delivery? (Extra Fee)     ☐ Yes |
| 2. Article Number  7014 0150 0001 0713 2969<br>(Transfer from service label) Affixed to Certified Document inside envelope | |

PS Form 3811, July 2013          Domestic Return Receipt

UNITED STATES POSTAL SERVICE
RI 028
03 FEB '20
PM 2 L

First-Class Mail
Postage & Fees P
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

CHARLES EMANUEL PORTER PONA, ESTATE
Executor Office.
Nation Rhode Island.
General Post-Office.
Corliss Street-Two-Four.
Providence
United States Minor, Outlying Islands.
Near. [02904-9998]

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) CORLISS  C. Date of Delivery 2/3 |
| 1. Article Addressed to:<br>Rhode Island Governor,<br>Gina M. Raimondo<br>82 Smith St. Rm 115<br>Providence, RI [02903] | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>FEB 2020 PROVIDENCE, RI 02904 |
| | 3. Service Type<br>☑ Certified Mail ☐ Priority Mail Express™<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ Collect on Delivery |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number 7014 0150 0001 0713 2952<br>(Transfer from service label) Affixed to Certified Document inside envelope. | |
| PS Form 3811, July 2013 | Domestic Return Receipt |