UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

RECEIVED
JUN 18 2020
U.S. DISTRICT COURT
DISTRICT OF R.I.

Devon Denzel Letourneau, executor, et. al., (Petitioners') Similarly Situated.

v.

THE STATE OF RHODE ISLAND, et. al., (Defendants')/Respondents — Trustees

Case no.: _____

## ORDER TO SHOW CAUSE
## FOR PRELIMINARY INJUNCTION

Upon the complaint/Petition for a Writ of mandamus, and supporting Affidavits therein of the Petitioners', and the laws submitted herewith and herein, it is:

ORDERED that the defendants'/Respondents' show cause as to why a Preliminary Injunction should not issue pursuant to Rule 65(a) of the Federal Rules of Civil Procedure enjoining defendants'/Respondents', their successors in office, agents and employees and all other persons' acting in concert and participation with them, from not allowing Petitioners' to send out or receive mail under their office(s) General Post-Office Postal location of the executor office they so legally occupy. Petitioners' have individuals who are not imprisoned who calls for and collects mail matter at the General Post-Office of the executors'; these individuals function in trustee capacity.

It will not be an issue nor a matter of threat to the Prison institutions interest in security if Petitioners' trustee collect Petitioners' mail matter from the General Post-Office, and without opening mail, simply surrender the mail to the Rhode Island Department of Corrections' Administration building located on 40 Howard ave — Cranston, RI [02920] so that their legal department can inspect unopened mail, from this court regarding this case, then surrender said legal mail to Petitioners' to be further inspected by correctional officer designated the "legal mail post" within the facility where Petitioners' are unlawfully detained, and opened in the presence of the Petitioners'.

It must be UNDERSTOOD, Petitioners' can not utilize the P.O. Box 8273, Cranston, RI address, nor any other "address". This act will be fatal toward the executors' office(s) and estate status. Petitioners' do not live, reside, or consider the Prison address as belonging to them. Petitioners' are held against their will, unlawfully detained and restrained. The Postal location described in the Petitioners' complaint/Petition must be used by the executor. Petitioners' are not and have not been ousted from office of executor, therefore the office must be defended. Rule 65(c) requirements are found to be unapplicable.

It is further ORDERED that the order to show cause, and all other papers attached to this application, be served on the aforesaid defendants'/Respondents by: _____

_____
Signature of Judge

Dated: _____.

United States District Judge.