DEVON DENZEL LETOURNEAU ESTATE
Executor office.
Nation Rhode Island.
General Post-Office.
Corliss Street-Two-Four.
Providence.
United States Minor, Outlying Islands.
Near.[02904-9998]

Done by the light of the day of zero-six July two-zero two-zero

==========================================================

7019 2280 0000 0055 6731

==========================================================

/

Office of Federal Court Administrator
ATTENTION: Claire Parvin
One Exchange Terrace
Providence, RI [02903]
USA


To: Federal Court Administrator, Claire Parvin

From: Executor office – DEVON DENZEL LETOURNEAU, ESTATE.
EIN 83-6321769


Regarding: petition for writ of mandamus, [civil Action no: 20-269]. Judge, McConnel and Judge Almond. The authorities of the United States District court for the district of Rhode Island.


Please be advised,

Careful Attention shall be given to the executor office and the authority thereof. The only action that shall be taken in this matter is granting all demands consistent with, and in favor of this executor office on behalf of DEVON DENZEL LETOURNEAU, ESTATE.


Govern yourself accordingly,

By executor: *[signature]*

DEVONA DENZEL LETOURNEAU, ESTATE.

United States Minor, Outlying Islands.
Near.[02904-9998]

## THE STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS:

Appearing before me, a notary public, _DEVOY D. LETOURNEAU_

_____, is the above signed. This individual has appeared before me on this _8TH_

_____ Day of _July_ _____, 2020. My Commission expires on: _7/15/20_

_____. Dated: _7/8/20_

[SEAL].

_ANTHONY F. DEL BONIS, N. P._