UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

Petitioners,
Devon Denzel Letourneau, executor.,    C.A. # 20-269
Charles Emanuel Porter Pona, executor.   C.A. # 20-283

v.

THE STATE OF RHODE ISLAND, et al.,
Respondents / Defendants.

OBJECTION AND
MOTION FOR JOINDER
OF PARTIES AND CLAIMS

Now comes Petitioners' in the above titled caption, Pursuant to Rules 19 and 20 of the Federal Court Rules of Civil Procedure, herein requesting that this court join the similarly situated petitioners' and their claims.

For reasons which currently are unknown to the petitioners', the original complaint, "Petition for a Writ of Mandamus," filed on 6-18-2020, has been altered by the clerk of this court, possibly by mistake. Petitioners' filed said action together, both petitioners' signing the one original complaint as being similarly situated, not a class action according to Rule. However, petitioners' have been notified of an apparent disjoinder as

1 of 3

evidenced by the seperate case numbers. Petitioners' respectfully object on the ground that Petitioners' are at liberty to commence action in such fashion, unless and until the court issues an appropriate order supported by memorandum of law which would warrant a disjoinder, and at the same time require the seperate filing of an "Original Complaint", that is to say a "Second" seperate original complaint.

Petitioners' assert that when parties and claims are joined together as one, it is a convenience moreso with respect to the courts time, and also the costs associated with the litigation itself for all involved parties to the action.

Furthermore, please take notice to the FACTS that both Petitioners' are isolated in seperate modules within the prison and are not able to share recreational time together due to "Covid-19" safety guidelines the prison has installed. Also, Petitioners' as well as all prisoners are not alowed direct contact with the prison law library in any capacity. This includes not being able to see law books themselves. Petitioners' will not disclose this **highly sensitive** legal knowledge (that which is contained in complaint) with the prisoner "law clerk". Petitioners' are obligated to Administrate the estates' privately.

Petitioners' understand and are aware of how the court is now functioning. Although the Defendants have not been served by U.S. Marshal as of yet, petitioners' nonetheless file this Objection and Motion for Joinder, be it as it may rest pending, until proceedings officially begin.

## CERTIFICATION

Petitioners' assert that none of the Defendants have been served at this date and time 7-3-2020, and therefore have elected to not provide the Defendants a copy of this document. If the clerk of this court notifies the Defendants regarding this movement before the court, Petitioners' do not object.

This pleading has been filed with the court on the 13th day of July, 2020.

Respectfully,
By: Devon Denzel Letourneau
Devon Denzel Letourneau,
executor, et al.

Unlawfully detained at:
RIDOC-Maximum Security
Cranston, Rhode Island