Clerk,                                                                    8·23·2020

     From my understanding all has been taking care of and I would like my mail to be sent to my first location I had on record. I apologize for the inconvenience. Said location is as followed. ↓

Charles Emanuel Porter Pona, executor, for
CHARLES EMANUEL PORTER PONA, ESTATE. EIN 83-6321826.

CHARLES EMANUEL PORTER PONA, ESTATE.
Executor office.
Nation Rhode Island.
General Post-Office.
Corliss Street = Two-Four.
Providence.
united States Minor, Outlying Islands.
Near. (02904-9998]

RECEIVED

AUG 27 2020

U.S. DISTRICT COURT
DISTRICT OF R.I.

Thank you for your time and
patience on this matter.

                           By: Charles Emanuel Porter. Pona
                                 Executor.

Charles Emanuel Porter Hira

0290389989

PROVIDENCE RI 028

25 AUG 2020 PM 3 1

United States District Court
office of the Clerk
Providence, R.I. 02903

