UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

RECEIVED
OCT 13 2020
U.S. DISTRICT COURT
DISTRICT OF R.I.

Devon Denzel Letourneau, executor., ) C.A.# 20-269
(Petitioner) et al. ) RELATED w/
v. ) 20-283
THE STATE OF RHODE ISLAND, et al., )
(Respondents / Defendants) )

## NOTICE TO CLERK

Due to an investigation that is on-going at the General Post Office, Petitioner respectfully requests that his mail be sent <u>exactly</u> as follow:

    Rhode Island Department of Corrections.
    Care of: Devon Denzel Letourneau.
    Maximum Security Prison.
    Cranston, Rhode Island.

Please do not make use of Prison's PO Box or Zip code. Thank You.

Sincerely,
By: Devon Denzel Letourneau

-PS-
May I please receive a copy of all that is enclosed, (Motion & Notice).
    Thanks