UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

RECEIVED
OCT 16 2020
U.S. DISTRICT COURT
DISTRICT OF R.I.

Devon Denzel Letourneau, executor., )   C.A.# 20-269
(Petitioner)                         )
                                     )
        V.                           )
                                     )
THE STATE OF RHODE ISLAND, et al.,   )
(Respondents / Defendants)           )

AFFIDAVIT
FOR PROOF OF SERVICE

Now comes the Affiant, Carol Ann Pona Lee, D.O.B. 3-11-1959, making this Affidavit under the Penalty of Perjury, and asserts the following: With respect to Defendants, Peter F. Neronha, and Marisa P. Brown;

**1.** I, the above name Affiant did render service of the summons and copy of the complaint in the above action on August 19th, 2020. I mailed proof of service to the clerk of this court. This is reflected on the civil docket for this civil action.

BY: Carol Lee
    Affiant

JURAT

Appearing before me, Anth E Solomon, a notary public, did appear Carol Ann Pona Lee, D.O.B. 3-11-1959, on this 15th day of OCT, 2020. My commission expires: 6/12/24.

[SEAL]

_____
Notary Public signature

Anthony E. Solomon
Notary Public, State of Rhode Island
My Commission Expires Jun 12, 20 24

**UNITED STATES POSTAL SERVICE®**

**CUSTOMER'S RECEIPT**

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION
**NOT NEGOTIABLE**

Pay to / Address: R. I. STATE SHERIFF

KEEP THIS RECEIPT FOR YOUR RECORDS

Serial Number: 26654257438
Year, Month, Day: 2020-08-19   Post Office: 029201   Amount: $45.00   Clerk: 04

---

**PETTY CASH**

AMOUNT $ 45
NO. 26654257438
DATE 8·19·2020
2:17 pm
ACCOUNT NO. R.I. STATE SHERIFF
APPROVED BY
RECEIVED BY Sue

FOR Stevona Dee
c/o Devon Denzel
Letourneux
US District Court
CV 20-269

12-12
A-1156
T-4109

---

**UNITED STATES POSTAL SERVICE®**

**CUSTOMER'S RECEIPT**

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION
**NOT NEGOTIABLE**

Pay to / Address: R.I. STATE SHERIFF

KEEP THIS RECEIPT FOR YOUR RECORDS

Serial Number: 26654257427
Year, Month, Day: 2020-08-19   Post Office: 029201   Amount: $45.00   Clerk: 04

---

**PETTY CASH**

AMOUNT $ 45
NO. 26654257427
DATE 8·19·2020
ACCOUNT NO. R.I. STATE SHERIFF
APPROVED BY
RECEIVED BY Sue

FOR Stevona Dee
c/o Devon
Letourneaux
US District Ct
CV20-269

12-12
A-1156
T-4109

**UNITED STATES POSTAL SERVICE®**

**CUSTOMER'S RECEIPT**

| SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION | Pay to | | | | | KEEP THIS RECEIPT FOR YOUR RECORDS |
| --- | --- | --- | --- | --- | --- | --- |
| | Address | | R. I. STATE SHERIFF | | | |
| **NOT NEGOTIABLE** | | | | | | |
| Serial Number | | Year, Month, Day 2020-08-19 | Post Office 029201 | Amount $45.00 | Clerk 04 | |
| 26654257440 | | | | | | |

**PETTY CASH**

AMOUNT $ 45
NO. 26654257440
DATE 8-19-2020
ACCOUNT NO. 2:14pm
APPROVED BY R.I. STATE SHERIFF
RECEIVED BY Sue

FOR Stevona Dee
c/o Devon Letourneux
CV20-269
U.S. District CT

12-12
A-1156
T-4109

RECEIVED
OCT 16 2020
U.S. DISTRICT COURT
DISTRICT OF R.I.

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

Devon Denzel Letourneau, executor.,  )   C.A. # 20-269
(Petitioner)                          )
                                      )
           v                          )
                                      )
THE STATE OF RHODE ISLAND, et al.,    )
(Respondents / Defendants)            )

AFFIDAVIT SUPPORTING
ENTRY OF DEFAULT JUDGMENT

I, Devon Denzel Letourneau, the Affiant, assert under penalty of perjury, and pursuant to Rule 55 (b) 1., Fed. R. Civ. Proc., all of the following:

1. I assert that Defendants, Peter F. Neronha, and Marisa P. Brown, was served with summons and complaint on August 19th, 2020., and was summoned to appear and respond within 21 days, by September 9th, 2020. These Defendants failed to appear and respond. Neither are a minor or incompetent.

2. I assert that Defendant, Gina M. Raimondo, was served with summons and complaint on August 21st, 2020., and was summoned to appear and respond within 21 days, by September 11th, 2020. This Defendant is Neither a minor or incompetent and has failed to appear and respond.

1 of 2

3. I assert that the clerk must enter for Default Judgment, Pursuant to Rule 55(b)1 Fed. R. Civ. Proc., against Defendant, Peter F. Neronha, in the sum certain amount of <u>91 Million dollars</u>, consistent with demand in complaint.

4. I assert that the clerk must enter for Default Judgment, Pursuant to Rule 55(b)1 Fed. R. Civ. Proc., against Defendant, Marisa P. Brown, in the sum certain amount of <u>98 Million dollars</u>, consistent with demand in complaint.

5. I assert that the clerk must enter for Default Judgment, Pursuant to Rule 55(b)1 Fed. R. Civ. Proc., against Defendant, Gina M. Raimondo, in the sum certain amount of <u>91 Million dollars</u>, consistent with demand in complaint.

6. I assert that I will motion the court on other relief Pursuant to Rule 55(b)2 Fed. R. Civ. Proc., as only the court can order the release and return of the estate subject-matter.

7. I assert that this Affidavit is made in good faith, true, and correct, consistent with factual events and facts contained in complaint.

BY: _____
Affiant

JURAT

Appearing before me, _____, a notary public, did appear, Devon Denzel Letourneau, the Affiant, on this ____ day of _____, 2020. My commission expires: _____.

_____   [SEAL]
Notary public signature

2/2

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

RECEIVED
OCT 16 2020
U.S. DISTRICT COURT
DISTRICT OF R.I.

Devon Denzel Letourneau, executor,  )  C.A. # 20-269
(Petitioner)                         )
                                     )
         v.                          )
                                     )
THE STATE OF RHODE ISLAND, et al.,   )
(Respondents / Defendants)           )

RULE 60 OBJECTION
TO CLERICAL MISTAKE ARISING
FROM OVERSIGHT AND OR OMISSION

Now comes the above name Petitioner, Pursuant to Rules 60(a); 6(b) 1 (A) & (B); and 77(c) 2 (D); Fed. R. Civ. Proc.

The Clerk of this court has no authority to grant the Defendants an extension of time to appear and respond to Petitioners complaint. Defendants, Peter F. Neronha, and Marisa P. Brown failed to appear and respond by September 9th, 2020. Defendant, Gina M. Raimondo failed to appear and respond by September 11th, 2020. Petitioner does not consent to this perpetration of fraud as no proper order is in place to warrant the movement before the court. Furthermore, Petitioner has "Screen-shot" evidence showing no entry of appearance or responsive answer, or orders of court upon the civil docket as late as September 16th, 2020. Nor has Petitioner been given any form of notice, motion, or ~~ote~~ order

1/2

whereby he may challenge with objection.

## RELIEF

The court must correct the clerks actions as no such authority exists for the clerk to act in such capacity. Furthermore, the clerk is obligated to in fact enter Default Pursuant to Rule 55(b)1 Fed.R.Civ.Proc., as all necessary notices, motions and Affidavits supporting Default have been filed together with this document. This court must estopp the Defaulted party from responding as they have failed to appear and respond according to court rule and civil Summons, and also as a result of this court issuing no order to warrant such an action. Petitioner further seeks to be heard on a Telephone Conference Pursuant to Rule 16 for clarity and other relevant matters, ex parte or otherwise

## VERIFICATION

Petitioner asserts under the penalty of perjury that he, nor his office has received an entry of appearance or responsive answer to complaint to date. Petitioner will not participate in a controversy, Respondents have Defaulted. Anything or any action taken opposing this objection is fraud.

Dated: 9-29-20       By: Devon Denzel Letourneau
                         unlawfully detained.
                         RIDOC-ACI-Cranston. Rhode Island.

2/2

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

**RECEIVED**
OCT 16 2020
U.S. DISTRICT COURT
DISTRICT OF R.I.

Devon Denzel Letourneau, executor., )  C.A.# 20-269
(Petitioner) )
 )
 v )
 )
THE STATE OF RHODE ISLAND, et al., )
(Respondents / Defendants) )

RULE 77(c)2(C)
NOTICE TO CLERK

Please be advised,

enclosed, you will find all necessary Affidavits to support the entering of Default Judgment. You will also find Motion for Rule 16 Conference, and Default Judgment Motion for the court. This notice is consistent with Rule 55(b)1 (FOR THE CLERK) and Rule 55(b)2 (FOR THE COURT). Please give careful attention to this matter.

Dated: 9-29-20

By: Devon Denzel Letourneau
Unlawfully Detained
RIDOC-Maximum Security
Cranston, Rhode Island.

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

RECEIVED
OCT 16 2020
U.S. DISTRICT COURT
DISTRICT OF R.I.

Devon Denzel Letourneau, executor,  )  C.A.# 20-269
Charles Emanuel Porter Pona, executor,)  C.A.# 20-283
(similarly situated Petitioners).   )
                                    )
V.                                  )
                                    )
THE STATE OF RHODE ISLAND, et al.,  )
(Respondents / Defendants).         )

### Rules 42 & 20 Motion For Consolidation & Permissive Joinder of Parties

Now comes the Petitioners in the above titled caption seeking Consolidation pursuant to Rule 42(a)(2), and Joinder pursuant to Rule 20(a), 1(A) & (B), Fed. R. Civ. Proc.

Petitioners have asserted their entitlement to relief jointly, arising out of a series of transactions, and or, occurrences. Furthermore, questions of law and fact common to Petitioners will certainly arise in this action.

### Relief

Petitioners seek Consolidation and Permissive Joinder, as Petitioners are similarly situated.

1 of 2

# CERTIFICATION

A copy of this Motion has been mailed to the Rhode Island Attorney general office, for Respondents in this action, located at 150 South Main street, Providence, Rhode Island [02903]. This occuring via Mail on this 29th day of September, 2020.

By: _Devon Denzel Letourneau_
Unlawfully Detained
R.I.D.O.C.
Cranston. Rhode Island.
Maximum Security Prison.

2 of 2

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

RECEIVED
OCT 16 2020
U.S. DISTRICT COURT
DISTRICT OF R.I.

Devon Denzel Letourneau, executor., ) C.A.# 20-269
(Petitioner)                          )
                                      )
          v.                          )
                                      )
THE STATE OF RHODE ISLAND., et al., )
(Respondents / Defendants)            )

RULE 55(b)2 MOTION
FOR DEFAULT JUDGMENT
SUPPORTING RULE 16 MOTION FOR
EX PARTE TELEPHONE CONFERENCE

Now comes Petitioner in the above title caption, Pursuant to Rule 55(b)2., Fed. R. Civ. Proc., applying to this court for Default Judgment.

1. Petitioner must apply to this court for Default Judgment as it specifically involves the release and return of the executor, who is Devon Denzel Letourneau, whose person and property is DEVON DENZEL LETOURNEAU, ESTATE. EIN------1769.

2. The Clerk has also been notified with the request to make entry of Default Judgment, Pursuant to Rule 55(b)1., Fed. R. Civ. Proc.

1 of 2

## RELIEF

The court must enter Default Judgment against Defendants, Peter F. Neronha, Marisa P. Brown, and Gina M. Raimondo. Entering Default Judgment shall consist of an order for the release and return of the executor, Devon Denzel Letourneau, whose person and property is DEVON DENZEL LETOURNEAU, ESTATE. EIN-----1769.

## VERIFICATION

I, Devon Denzel Letourneau, (Petitioner), herein and hereby verify under penalty of perjury, that I am entitled to the relief requested herein by way of this courts entering of Default Judgment. Affidavits are submitted to support the fact that Defendants, Peter F. Neronha, Marisa P. Brown, and Gina M. Raimondo, have failed to appear and respond to Petitioners complaint. No notice is required for Defendants.

BY: *Devon Denzel Letourneau*
unlawfully detained
RIDOC-Maximum Security
Cranston, Rhode Island

2 of 2

**RECEIVED**
OCT 16 2020
U.S. DISTRICT COURT
DISTRICT OF R.I.

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

Devon Denzel Letourneau, executor, ) C.A. # 20-269
(Petitioner) )
)
v )
)
THE STATE OF RHODE ISLAND, et al., )
(Respondents / Defendants) )

## MILITARY AFFIDAVIT

I, Devon Denzel Letourneau, the Affiant, assert under the penalty of perjury, the following:

1. I assert that Defendants, Peter F. Neronha, Marisa P. Brown, and Gina M. Raimondo, are not, and have not been under Military service when this action was filed, served, and while they had 21 days to appear and respond.

BY: ___Devon Denzel Letourneau___
Affiant

## JURAT

Appearing before me, __Anthony F. DeLBorzz__, a notary public, did appear Devon Denzel Letourneau, the Affiant, on this 29th day of ___September___, 2020. My commission expires: _____

_____   [SEAL]
Notary public signature
Anthony F. DeLBorzz

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

Devon Denzel Letourneau, executor., ) C.A.# 20-269
(Petitioner)                         )
                                     )
            v.                       )
                                     )
THE STATE OF RHODE ISLAND, et al.,   )
(Respondents / Defendants)           )

AFFIDAVIT IN SUPPORT
OF DEFAULT JUDGMENT

I, Devon Denzel Letourneau, the Affiant, assert under the penalty of perjury that the following is true, correct, and factual:

1. Respondents / Defendants, particularly Defendants, Peter F. Neronha, Marisa P. Brown, and Gina M. Raimondo have failed to appear and respond to Petitioner's complaint. These Defendants were summoned by the clerk of this court. [civil docket reflects time period Defendants had to appear and respond].

BY: _____
         Affiant

JURAT

Appearing before me, ___Anthony T. DeBurzi___, a notary public, did appear, Devon Denzel Letourneau, the Affiant, on this ___29th___ day of ___September___, 2020. My commission expires: ___9/15/21___.

_____        [SEAL]
Notary Public Signature
Anthony F. DeBurzi,
Notary

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

RECEIVED
OCT 16 2020
U.S. DISTRICT COURT
DISTRICT OF R.I.

Devon Denzel Letourneau, executor., ) C.A.# 20-269
(Petitioner) )
 )
v. )
 )
THE STATE OF RHODE ISLAND, et al., )
(Respondents / Defendants) )

RULE 16 MOTION FOR
EX PARTE TELEPHONE CONFERENCE

Now comes Petitioner, Pursuant to Rule 16(c)2 (K)., Fed. R. Civ. Proc., requesting ex parte telephone conference, as Petitioner is detained at the ACI, Maximum Security Prison (RIDOC). A date of October 29th, 2020 is requested for this hearing.

RELIEF

Petitioners relief comes Pursuant to Rule 55(b)2., Fed. R. Civ. Proc., this specific relief is the release and return of the executor, Devon Denzel Letourneau, whose person and property is DEVON DENZEL LETOURNEAU, ESTATE. EIN-----1769. (see supporting motion).
As to relief relating to the sum certain owed Petitioner, the Clerk has been notified to enter Default Judgment, Pursuant to Rule 55(b)1., Fed. R. Civ. Proc.,

1 of 2

VERIFICATION

I, Devon Denzel Letourneau, herein and hereby verify, under penalty of perjury, that the Respondents / Defendants, particularly Defendants, Peter F. Neronha, Marisa P. Brown, and Gina M. Raimondo, have failed to appear and respond. No notice shall be given to Respondents / Defendants in this matter.

BY: _Devon Denzel Letourneau_
unlawfully detained
RIDOC - Maximum Security
Cranston, Rhode Island.