11-6-2020

TO: Clerk of Court
US District Court
District of RI

RECEIVED
NOV 18 2020
U.S. DISTRICT COURT
DISTRICT OF R.I.

From: Devon Denzel Letourneau.
(Petitioner — Case no.: 20-269)

RE: Note to Clerk

Dear Clerk,

As you may know, the Prison I am detained in has major restrictions due to "Covid-19." We are not allowed to utilize our facilities Law-library and make legal copies on our own.

I'm requesting this <u>one time</u>. if I may be provided with one free copy of the enclosed Objection / Motion to Strike. I need this to refer to in future events. I'd appreciate it very much. Thanks.

Sincerely,

BY: Devon Denzel Letourneau