

Civil Division
Office of the Attorney General
150 South Main Street
Providence, RI 02903-2907

First Class Mail

Rhode Island Department of Corrections
C/O Devon Denzel Letourneau
Maximum Security Prison
Cranston, RI 02920



EXHIBIT (A)

Rhode Island Department of Corrections
c/o Devon Denzel Letourneau
Maximum Security Prison.
Cranston. Rhode Island.



United States District Court
District of Rhode Island
one exchange terrace
Providence, RI [02903]
Clerks Office

[LEGAL MAIL]