UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
2021 JAN 32 A 10:44
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

Devon Denzel Letourneau, executor.,
  Petitioner.

  v.                                Case no. 20-cv-00269-JJM-LDA

THE STATE OF RHODE ISLAND, et al.,
  Respondents / Defendants.

## Motion For An Extension of Time

Now comes Petitioner in above title caption respectfully requesting that this Honorable court extend Petitioners time to Amend original Petition to 2-16-2021 [20 day extension from the 30th day after the courts 12-28-2020 Order].

Exhibit A attached (2 pages) is to show the Honorable court of the hardship Petitioner endures in his efforts to prepare his case. Petitioner has no immediate Law Library access and must wait sometimes in excess of weeks to obtain case law, court rules, photocopies, etc... Therefore Petitioner prays that this Honorable court grant an extension. Thank you sincerely.

## Certification

I, Petitioner, have caused a handwritten copy of this Motion (with the acception of **Exhibit A**) to be sent via First class mail to the RI office of Attorney General, located at: 150 South Main street, Providence, RI 02903, on the 21st day of January, 2021. Please take <u>NOTE</u>: Petitioners access to photocopying legal documents is temporarily out of order, thus Petitioner respectfully asks this Honorable court to provide the State with proper Notice and or copy of **Exhibit A**.

Respectfully Submitted,

By: Devon Denzel Letourneau

Rhode Island Department of Corrections
c/o Devon Denzel Letourneau
Maximum Security Prison
Cranston, Rhode Island.
[02920]

**State of Rhode Island and Providence Plantations**
**Department of Corrections**
**Library Services**

To:       Devon Letourneau, 140071 / MAX H2-14

From:   Linda Talamo, Librarian (ACI)
Dept.:   Education / Dix Building

Date:    Friday, January 15, 2021
Subject: Request for Information /

*Exhibit [A] Delivered to Petitioners cell on 1-20-21*

Enclosed, the information you requested:
**Legal Reference:**
1. LOCAL RULES UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND.

Thank you.  LST
Photocopy Cost:

| Number of Pages: | Cost per Page: | Total Cost: |
|---|---|---|
| 89 | $0.05 | $4.45 |

***NOTE: You may not submit more than 12 requests per sheet, and
         No more than 48 requests may be submitted per month.

NOTICE: The Central Law Library is prohibited from giving Legal Advice or Assisting in Preparation of Court Forms.
Disclaimer: The provided research materials do not claim to be comprehensive in scope, nor do they claim any definitive or conclusive legal guidance. Their only purpose is to provide a general reference to the proposed question.
As per RIDOC Policy 13.03-4, Access to the Courts and Legal Material, all requests must be made on a law library request form. You will be charged $0.05 per page of photocopying.

Cc: File



**State of Rhode Island and Providence Plantations**
**Department of Corrections**
**Library Services**

## WHAT THE LEXIS SYMBOLS MEAN

If your case has been assigned a ● or Ⓠ you will need to further review the Shepard's report to determine if it can still be cited in support of your issue. If the case is assigned any other symbol, it is good law.

**● Warning: Negative treatment is indicated**
The red Shepard's Signal indicates that citing references in the Shepard's® Citations Service contain strong negative history or treatment of your case (for example, overruled by or reversed).

**⊕ Warning: Negative treatment is indicated for statute**
The red exclamation point Shepard's Signal indicates that citing references in the Shepard's® Citations Service contain strong negative treatment of the Shepardized™ section (for example, the section may have been found to be unconstitutional or void).

**Ⓠ Questioned: Validity questioned by citing refs.**
The orange Shepard's Signal indicates that the citing references in the Shepard's® Citations Service contain treatment that questions the continuing validity or precedential value of your case because of intervening circumstances, including judicial or legislative overruling.

**⚠ Caution: Possible negative treatment indicated**
The yellow Shepard's Signal indicates that citing references in the Shepard's Citations Service contain history or treatment that may have a significant negative impact on your case (for example, limited or criticized by).

**✣ Positive treatment indicated**
The green Shepard's Signal indicates that citing references in the Shepard's Citations Service contain history or treatment that has a positive impact on your case (for example, affirmed or followed by).

**Ⓐ Citing refs. with analysis available**
The blue "A" Shepard's Signal indicates that citing references in the Shepard's Citations Service contain treatment of your case that is neither positive nor negative (for example, explained).

---

**NOTICE: The Central Law Library is prohibited from giving Legal Advice or Assisting in Preparation of Court Forms.**
**Disclaimer:** The provided research materials do not claim to be comprehensive in scope, nor do they claim any definitive or conclusive legal guidance. Their only purpose is to provide a general reference to the proposed question.
As per RIDOC Policy 13.03-4, Access to the Courts and Legal Material, all requests must be made on a law library request form. You will be charged $0.05 per page of photocopying.

Cc: File

# RHODE ISLAND DEPARTMENT OF CORRECTIONS
## Law Library Request Form

attachment 1

Name & ID# Devon Letourneau, ID 140071   Date: 1-13-2021

Facility/Mod/Cell: Max. Sec. H2. 14   Indigent Status: ☐ yes ☒ no   Out-of-State Inmate: ☐ yes ☒ no

Exhibit [A] continued

**Nature of Request**
[as defined by Lewis v. Casey, 518 US 343 (1996)]
*Check all that apply.*
A. **Criminal:**
☐ appeal of conviction
☐ arrest/trial
☐ post-conviction relief
☐ sentence reduction
B. **Civil:**
☒ conditions of confinement
C. **Other** (please explain): _____

JAN 14 '21

**An Attorney**
☒ is not
☐ is representing me on this issue.
As per policy 13.03, if an attorney is representing you, but has not provided the desired assistance, please describe the significant efforts you have taken in attempts to contact him/her below:
_____

NAME: _____
ADDRESS: _____
TELEPHONE # _____

**If you have an active case:**
Case name: 20-00269 Letourneau V. State
Case #: 20-269-JJM-LDA
Court: Federal

☒ This information is not available in my facility's law library.

Information being requested (include as much information as you can – the full citation, parallel citations, parties' full names, publication's full name, chapter, section, etc.) **You may not submit more than 12 requests per sheet.**

* 1. I am in receipt of your response, and the price it
2. would cost me for a copy of the (Local Rules) for
3. the U.S. District Court for R.I. civil procedure, at
4. $4.45. This price is fine. I hereby request all
5. of these rules, please.
6. Thank you -
7. _____
8. _____
9. _____
10. _____
11. _____
12. _____

C.O.'s Signature: _____   Date: 1/13/21

**No more than 48 requests may be submitted per month.**
Send request slips via interdepartmental mail to: RIDOC Librarian; Dix Building

Forms not completely filled out and signed by a C.O. will be returned unanswered. The Law Library Office does not provide photocopies of information available to inmates in their facility. Always check your facility before sending requests to the Law Library Office. You will be charged $.05 per page of photocopying. Indigent inmates will receive up to 200 copies per month. Any falsification of information on this form will be cause for discipline up to and including loss of library privileges, disciplinary confinement, and loss of good time.

TO: LAW LIBRARIAN,
LINDA TALAMO
DIX / EDU
BLDG.

TO: LAW LIBRARIAN,
LINDA TALAMO
DIX / EDU
BLDG.

This is Free Sunday

Rhode Island Department of Corrections.
c/o Devon Denzel Letourneau
Maximum Security Prison.
Cranston Rhode Island
[02920] USA

To: United States District Court
for the District of Rhode Island
One exchange terrace
Providence, Rhode Island
[02903] USA

OFFICE OF THE CLERK

LEGAL
MAILED
deposited
Bulk
for 1-31-202[1]
1st Class
Mailbox